IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-cv-986 |
| V. | Crim. No. 05-cr-363-06 |
| DAVID CALHOUN | Hon. Cynthia Rufe, Judge |

RECEIVED OCT - 2 2017

## MOTION TO CORRECT RECORD IN TRANSCRIPTS

NOW COMES, David Calhoun, petitioner, pro se, and moves this Court for an Order commanding the Court Reporter who transcribed the hearing of January 6, 2017 to correct the transcripts which contain several errors misidentifying the speaker during a particular phase of the hearing. Petitioner avers the following in support of the instant motion:

1. On January 6, 2017, this Court held a hearing on issues relating to petitioner's habeas petition and the transription of said hearing was performed by Mary Scarduzio of Transcriber's Limited out of Sewell, NJ.

2. On six occasions, the transcription erroneously identifies David Calhoun as speaking whereas the correct speaker was AUSA Joel Goldstein. See Tr. 1/6/17, at p. 59, lines 8, 11, 24; and at p. 60, lines 15, 17, 20.

3. Although the correction of the error does not impact the filings of either party (on account Mr. Calhoun's brief references the government as the party speaking on these occasions) the error may impact any appeal should it go uncorrected.

Wherefore, petitioner prays this Court will Order the Court Reporter/Transcriber to correct the matter accordingly so as to identify Mr. Joel Goldstein as the speaker on those occasions.

September 26, 2017

Respectfully submitted,
David Calhoun /s/ David Calhoun

1

## CERTIFICATE OF SERVICE

I, David Calhoun, hereby certify that I have caused to be served a true and correct copy of the foregoing Motion to Correct Record in Transcripts upon the attorney for the government by depositing said copy into the prison legal mail service at FDC Philadelphia with first-class United States postage affixed and addressed as follows:

> Joel Goldstein, AUSA. U.S. Attorney's Office
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106

DATE: September 27, 2017

David Calhoun
Fed. Reg. No. 59771-066
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19106